138941

RECEIVED
BY MAIL
JAN 09 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-2179 JRT/RLE **Case Title:** ALVIN BRAND vs. USS GREAT LAKES FLEET

**Affidavit of Movant**

I, ROBERT GRAFF, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice THOMAS W. EMERY, an attorney admitted to practice in the Eastern District of Michigan, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant USS Great Lakes Fleet in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 210754 1/8/02

Signature ROBERT GRAFF MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, THOMAS W. EMERY, am currently a member in good standing of the U.S. District Court for the Eastern District of Michigan, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

THOMAS W. EMERY ______________ 12/21/01

Type/Print Name Signature Date

Attorney License Number: P-32953

Law Firm Name & Address: GARAN LUCOW MILLER, P.C.,

1000 Woodbridge Street

DETROIT, MI 48207-3192

Telephone: (313) 446-1530

Motion Granted: [signature] JAN 09 2002

For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JAN 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______