**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No. 01-2179 JEL/RLE
Brand vs. USS Great Lakes

**IN RE: Notice for Reassignment of Civil Cases**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to transfer and reassign the above case to newly appointed **U. S. District Court Judge Joan Ericksen Lancaster** effective May 20, 2002.

Dispositive motions which were filed and scheduled before the previously assigned U. S. District Court Judge must be rescheduled and renoticed before **U. S. District Court Judge Joan Ericksen Lancaster.**

Questions or concerns regarding reassigned cases should be directed to Sheri Frette, calendar clerk for Judge Lancaster, at #651-848-1236.

**DATED: May 20, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**